LOUIS N. JAMES, as Executor of FRED S. JAMES, Deceased, Respondent, *v.* GEORGE W. BLOSSOM, Appellant.

(Argued October 10, 1928; decided November 20, 1928.,

*Hartwell Cabell, Milton B. Ignatius* and *James M. Lown* for appellant.

*Andrew A. Fraser* and *Bruce Ellison* for respondent.

no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, KELLOGG and O'BRIEN, JJ. Not sitting: LEHMAN, J.